IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| THOMAS CALDWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:13-cv-00173 |
| ) | |
| JANET PELMORE and ) | Judge Trauger |
| CORRECTIONS CORP. OF AMERICA, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Plaintiff Thomas Caldwell, an individual currently detained or incarcerated at the Metro-Davidson County Detention Facility in Nashville, Tennessee, filed his *pro se* complaint in this action (ECF No. 1), along with an Application to Proceed *in Forma Pauperis* (ECF No. 2). The application, however, is not accompanied by a "certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . , obtained from the appropriate official of each prison at which the prisoner is or was confined," as required by 28 U.S.C. § 1915(a)(2).

Accordingly, the plaintiff is **DIRECTED** to submit a copy of his trust-fund account statement in compliance with § 1915(a)(2). The plaintiff's submission must state the docket number of this case on its face (No. 3:13-cv-173). The court may not address the merits of the plaintiff's application, or his complaint, until the trust fund account statement has been filed. The plaintiff **MUST** submit the document requested within **30 days** of the date this order is entered on the docket. The plaintiff's failure to do so, or to request an extension of time for doing so, within that 30-day period may result in the dismissal of the plaintiff's claims for failure to prosecute and failure to comply with the court's order.

It is so **ORDERED**.

_____
Aleta A. Trauger
United States District Judge