IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| THOMAS CALDWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:13-0173 |
| ) | Judge Trauger |
| DR. JANET PELMORE, in her official and ) | Magistrate Judge Griffin |
| individual capacity, and CORRECTIONS ) | |
| CORPORATION OF AMERICA, in its official ) | |
| and individual capacity, ) | |
| ) | |
| Defendants. ) | |

## O R D E R

On October 4, 2013, the Magistrate Judge issued a Report and Recommendation (Docket No. 26), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that this case is **DISMISSED WITH PREJUDICE** pursuant to Rule 16(f)(1) and Rule 41(b), Fed. R. Civ. P.

It is so **ORDERED.**

Enter this 4th day of November 2013.

 _____
 ALETA A. TRAUGER
 U.S. District Judge